

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 W. Randolph St., 12th Flr.<br>Chicago, IL 60601 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>**RECEIVED**<br>JUL 2 8 2008<br>Office Of The Attorney General<br>Office Services<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from...) | 7006 0100 0001 7312 6998 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

United States District Court (08cv4113)
Northern District of Illinois
219 S. Dearborn St., 20th Flr.
Chicago, IL 60604



**RECEIVED**
AUG 0 7 2008

08cv4113

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

F I L E D
Aug 7, 2008
AUG 0 7 2008   PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT